UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

----------------------------------------------------------X
SHM JAMESTOWN BOATYARD, LLC d/b/a
SAFE HARBOR JAMESTOWN BOATYARD

Plaintiff, C.A. No.: 1:25-cv-00385

-against-

ALBERT C. NICHOLS,

Defendant.
----------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, SHM Jamestown Boatyard, LLC d/b/a Safe Harbor Jamestown Boatyard, by and through its undersigned maritime lawyers, voluntarily dismisses the above-entitled action with prejudice. This notice of voluntary dismissal is filed with the Clerk of the Court before service by the defendant of either an answer or a motion for summary judgment.

// Signature Page Follows //.

Dated: April 1, 2026
Newport, Rhode Island

Respectfully submitted,

SHM JAMESTOWN BOATYARD, LLC
d/b/a SAFE HARBOR JAMESTOWN
BOATYARD

By its attorneys,

Fulweiler llc

/s/ John K. Fulweiler

John K. Fulweiler, Esq. (#7876)
W.B. Franklin Bakery Building
40 Mary Street
Newport, RI 02840
Telephone: 401-667-0977
E-mail: john@saltwaterlaw.com
www.saltwaterlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing(s) to all the registered participants. Service on all counsel of record has been made by electronic means.

/s/ John K. Fulweiler
John K. Fulweiler, Esq.